**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JERRY G. GARCIA, | Case No. 2:17-cv-00410-JTM-JEM |
| Plaintiff, | Honorable James T. Moody |
| v. | |
| DISH NETWORK, LLC | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JERRY G. GARCIA ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 27th day of March, 2018.

                              Respectfully submitted,

                              s/ Nathan C. Volheim
                              Nathan C. Volheim, Esq. #6302103
                              Sulaiman Law Group, Ltd.
                              2500 South Highland Avenue,
                              Suite 200
                              Lombard, IL 60148
                              (630) 568-3056
                              nvolheim@sulaimanlaw.com
                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim
