UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JERRY G. GARCIA, | ) | Case No. 2:17-cv-00410-JTM-JEM |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES T. MOODY |
| | ) | |
| vs. | ) | |
| | ) | |
| DISH NETWORK, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JERRY G. GARCIA, and the Defendant, DISH NETWORK, L.L.C., through their respective counsel, that the above-captioned case be dismissed *without* prejudice with leave to reinstate through June 28, 2018. After June 28, 2018, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

<table>
<tr><td>

Date:  June 14, 2018

*/s/ Eric L. Zalud*
Eric L. Zalud (Indiana Bar #12053-49;
Ohio Bar #0038959)
Laura E. Kogan (Admitted Pro Hac Vice)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
Telephone:   216.363.4500
Facsimile:    216.363.4588
Email:          ezalud@beneschlaw.com
                     lkogan@beneschlaw.com

Benjamen E. Kern (Admitted Pro Hac Vice)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215
Telephone:   614.223.9300
Facsimile:    614.223.9330
Email:          bkern@beneschlaw.com

*Attorneys for Defendant DISH Network L.L.C.*

</td><td>

Respectfully submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim (#6302103)
Ahmad T. Sulaiman
Mohammed O. Badwan
Taxiarchis Hatzidimitriadis (#6319225)
Sulaiman Law Group Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone:  630-575-8181
Facsimile:   630-575-8188
Email:         ahmad.sulaiman@sulaimanlaw.com
                    mbadwan@sulaimanlaw.com
                    thatz@sulaimanlaw.com
                    nvolheim@sulaimanlaw.com

*Attorneys for Plaintiff*

</td></tr>
</table>

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2018, the foregoing AGREED STIPULATION OF DISMISSAL was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
*Attorney for Plaintiff*